**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVSION**

| | |
|---|---|
| IN RE: **Carrington D. Veney and Cheryl Y. Veney** | CASE NO.: 19-35345-KLP |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>Name of Transferee | Ditech Financial LLC<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0826 | Court Claim # (if known): 3-1<br>Amount of Claim: $35,842.91<br>Date Claim Filed: 12/9/2019 |
| Phone: 800-365-7107<br>Last Four Digits of Acct #: 4076 | Phone: (877) 256-4871<br>Last Four Digits of Acct #: 4076 |

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| | |
|---|---|
| By: /s/ Eric Enciso<br>Transferee/Transferee's Agent | Date: April 28, 2020 |

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVSION**

| | |
|---|---|
| IN RE: **Carrington D. Veney and Cheryl Y. Veney** | CASE NO.: 19-35345-KLP |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 4, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following parties:

Carrington D. Veney
Cheryl Y. Veney
120 Lancaster Creek Drive
Lancaster, VA 22503

And via electronic mail to:

Hunter R. Wells
Canfield Wells, LLP
4124 E. Parham Road
Henrico, VA 23228

Suzanne E. Wade
7202 Glen Forest Drive, Ste. 202
Richmond, VA 23226

Elizabeth Cabell Brogan
Suzanne E. Wade, Chapter 13 Trustee
7202 Glen Forest Drive, Suite 202
Richmond, VA 23226

John P. Fitzgerald, III
Office of the US Trustee - Region 4 -R
701 E. Broad Street, Ste. 4304
Richmond, VA 23219

 

    **Robertson, Anschutz, Schneid & Crane LLC**
    Authorized Agent for Secured Creditor
    10700 Abbott's Bridge Road, Suite 170
    Duluth, GA 30097
    Telephone: 470-321-7112
    Facsimile: 404-393-1425

    By: /s/ Natalie Kirchner
    Email: nkirchner@rascrane.com